# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARRY E. KERSEY

NO. 2020 KW 1348

**MARCH 2, 2021**

---

In Re:   Harry E. Kersey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-93-1359.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS PREMATURE.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT